No error appearing in the record, the judgment is affirmed.

### On Motion for Rehearing.

LATTIMORE, J. Appellant in no way supports the proposition that his attorney was not notified of the time for the submission of this case in this court. Nor do we find anything in the record indicating that the failure to make an argument here could have been of possible injury. The only bill of exceptions in the record was discussed in the original opinion, and the matter complained of was beyond doubt properly disposed of in the original opinion. Said bill of exceptions complained of the admission of appellant's confession. As we view the facts, the case was fully made out by eyewitnesses independent of the confession.

The motion for rehearing is overruled.

### GUNTER v. STATE. (No. 12529.)

Court of Criminal Appeals of Texas. March 13, 1929.

Wallace Hughston, of McKinney, for appellant.

A. A. Dawson, State's Atty., of Austin, for the State.

HAWKINS, J. Conviction is for assault with intent to rape; punishment being three years in the penitentiary.

The record contains neither statement of facts nor bills of exception, in which condition nothing is presented for review.

The judgment is affirmed.